ALAN DALE WARREN
EXP D.L. 08916230
EXP I.D 15975408
AMNESTY 7119 059 801
Congressional 19010
Civil UCO 814

73,114-04; -05

Date 1-25-15
DOB 7-6-59 Age 55
S.S. 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
Case 94-M-044
Case 08-235

I AM WRITING YOU Concerning MY APPeal ON Case No 08-235, And Case No. 94-M-044

I AM Saying That IF there Is No Transport oF Me To MATAgorda County To 2323 AVE E Bay City Tx 72414 For My Court Hereing At 1200 17th St Bay City Tx 72414 Than There Is No APPeal

I AM APPealing my Case's 94-M-044 And 08-235 I AM Waiting Your Transport

I Also ThInk my Letters Are Not makeing It To You They Are Theft oF MY Envelopes with my Name ON It They Are Illeagely Writeing To Congressmen STATE Capitol WITH OUT My Permission

That is one of the Reasons They Framed Me In order To ExScape with my Amnesty

I WAS TrIAned In 1996 To Be Internal Safty Factory ISR = 19010 Because oF MIrandom my grounds For my APPeal is AgaInst MIrandom I HAVE ENogh InFo.

Sting Sign X Alan Dale Warren

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk

P.S. No Transport is No APPeal
I AM APPealing my Case's 94-M-044
08-235
AW